# ELECTRONIC RECORD

675-15 676-15
677-15 678-15

COA # 03-13-00206-CR        OFFENSE: 22.021

STYLE: Rodolfo Cisneros v. The State of Texas        COUNTY: Hays

COA DISPOSITION: Modified and, as Modified, Affirmed        TRIAL COURT: 428th District Court

DATE: 3/12/15        Publish: NO        TC CASE #: CR-12-0432

## IN THE COURT OF CRIMINAL APPEALS

675-15 676-15
677-15 678-15

STYLE: Rodolfo Cisneros v. The State of Texas        CCA #: 675-15 676-15 677-15 678-15

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_refused_        JUDGE: _____

DATE: _July 29, 2015_        SIGNED: _____        PC: _____

JUDGE: _PC; Harvey J. not participating_        PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**